IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRENCE JOSEPH VERGE                                                                                              PLAINTIFF

   v.    Civil No. 4:07-cv-04082

LOUISE PHILLIPS; Jail Administrator,
Hempstead County Detention Facility;
LT. JERRY BUSH, Hempstead County
Detention Facility; LT. MIKE GRAY,
Hempstead County Detention Facility;
and HARVEY MAXFIELD,
Hempstead County Detention Facility                                                                            DEFENDANTS

## **JUDGMENT**

  For the reasons stated in a memorandum opinion entered this same date, I find Defendants' Motion for Summary Judgment (Doc. 39) should be granted. This case is dismissed with prejudice and judgment is entered in the Defendants' favor.

  **DATED** this 5th day of February, 2009.

                /s/ Barry A. Bryant
                HON. BARRY A. BRYANT
                UNITED STATES MAGISTRATE JUDGE